```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36101
   KATHLEAN T JONES
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0708

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/29/2004 and was confirmed 12/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00             .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     8709.86             .00       8709.86
AMERICREDIT FINANCIAL SE  SECURED               .00             .00           .00
VERIZON WIRELESS          UNSECURED          561.60             .00        561.60
SALLIE MAE INC            FILED LATE       29391.30             .00           .00
MOULTON & ASSOCIATES      DEBTOR ATTY       1,700.00                      1,700.00
TOM VAUGHN                TRUSTEE                                           661.76
DEBTOR REFUND             REFUND                                            684.54

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 12,317.76

PRIORITY                                              .00
SECURED                                          8,709.86
UNSECURED                                          561.60
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                               661.76
DEBTOR REFUND                                      684.54
                        --------------        --------------
TOTALS                     12,317.76              12,317.76
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE